## SCHEDULE A

| Online Marketplace Amazon.com |||
|---|---|---|
| No. | Link | Seller |
| 1 | https://www.amazon.com/dp/B0D6BFJTXT | AJF Forever |
| 2 | https://www.amazon.com/dp/B0CQMX21XW | American Airless |
| 3 | https://www.amazon.com/dp/B0D6B6GF9F | Daji-Direct |
| 4 | https://www.amazon.com/dp/B0CNG9KZQS | DUZFOREI~ |
| 5 | https://www.amazon.com/dp/B0CKXJY8C2 | hanyunpeiyuanmaoyi |
| 6 | https://www.amazon.com/dp/B0CQ4RQFR1 | Hoypeyfiy |
| 7 | https://www.amazon.com/dp/B0CYSW24CK | JoeJet |
| 8 | https://www.amazon.com/dp/B0D6BB4ZDC | Moaode-EU |
| 9 | https://www.amazon.com/dp/B0C1JYNTW9 | Niuliy |
| 10 | https://www.amazon.com/dp/B0C7ZCBVJP | RainyuParts |
| 11 | https://www.amazon.com/dp/B0BHVYT866 | RIDGE WASHER |
| 12 | https://www.amazon.com/dp/B0CLGLYMTX | Rotnmatoes Calor |
| 13 | https://www.amazon.com/dp/B0C1Q6P91K | S T Sales Inc |
| 14 | https://www.amazon.com/dp/B0D2WV9V3D | ShadowY |
| 15 | https://www.amazon.com/dp/B0C4N3YFVJ | touyoo |
| 16 | https://www.amazon.com/dp/B0D6B9XVWM | Wansu-Direct |
| 17 | https://www.amazon.com/dp/B0D6B89P8V | YBJ-US |
| 18 | https://www.amazon.com/dp/B0C7Z7W5SV | YouVbeen |
| 19 | https://www.amazon.com/dp/B0CKXJY8C2 | Tzgsonp |
| 20 | https://www.amazon.com/dp/B09RV52WGP | Jariko |
| 21 | https://www.amazon.com/dp/B09DPPZFXP | MINGLE Tool |
| 22 | https://www.amazon.com/dp/B09TX5VPNN | ktopnob |
| 23 | https://www.amazon.com/dp/B0BDZNH9RW | Saiper |
| 24 | https://www.amazon.com/dp/B07T76LHH6 | Altima-Store |
| 25 | https://www.amazon.com/dp/B0B68Q3ZY8 | JZ Racing Performance |
| 26 | https://www.amazon.com/dp/B09YQR229J | best online-store |
| 27 | https://www.amazon.com/dp/B0BNGMJGXJ | Southeast Softwash |
| 28 | https://www.amazon.com/dp/B09W9J7B2X | Slowirrigate |
| 29 | https://www.amazon.com/dp/B09VKFLSMV | ZHIXING-US |
| 30 | https://www.amazon.com/dp/B09TR8ZRQY | TADYAO |

| Online Marketplace Alibaba.com |||
|---|---|---|
| No. | Link | Seller |
| 20 | https://www.alibaba.com/product-detail/CS-1-4-MEG-Quick- | Dongguan CS Hardware |

| | | |
|---|---|---|
| | Connect_1600895458387.html?spm=a2700.galleryofferlist.normal_offer.d_title.39ca3475UBG8Xk | Technology Co., LTD |
| 21 | https://www.alibaba.com/product-detail/1-4-MEG-Quick-Connect-4_1600093650974.html?spm=a2700.galleryofferlist.normal_offer.d_title.39ca3475UBG8Xk | Dongguan Fengyun Spray Technology Development Co., Ltd. |
| 22 | https://www.alibaba.com/product-detail/BYCO-1-4-NPT-0-Degree_1600436308067.html?spm=a2700.galleryofferlist.normal_offer.d_title.39ca3475UBG8Xk | Guangdong Boyuan Spraying Technology Co., Ltd. |
| 23 | https://www.alibaba.com/product-detail/High-Pressure-Hose-Nozzle-1-4_1601036548719.html?spm=a2700.galleryofferlist.normal_offer.d_title.39ca3475UBG8Xk | Guizhou Blue Whale Machinery Equipment Co., Ltd. |
| 24 | https://www.alibaba.com/product-detail/Jrod-tip-holder-Pressure-Washer-Nozzle_1600408801451.html?spm=a2700.galleryofferlist.normal_offer.d_title.39ca3475UBG8Xk | Jinhua Fenjun Industry And Trade Co.,Ltd |
| 25 | https://www.alibaba.com/product-detail/RIDGE-WASHER-JRod-pressure-washer-nozzle_1600552134409.html?spm=a2700.galleryofferlist.normal_offer.d_title.39ca3475UBG8Xk&selectedCarrierCode=SEMI_MANAGED_STANDARD@@STANDARD | Shandong Yatemei Environmental Technology Co., Ltd. |
| 26 | https://www.alibaba.com/product-detail/Pressure-Washer-Nozzle-1-4-Quick_1600918607383.html?spm=a2700.galleryofferlist.normal_offer.d_title.39ca3475UBG8Xk | Taizhou Juxing Technology Co., Ltd. |
| 27 | https://www.alibaba.com/product-detail/4-Way-J-Rod-Tip-Holder_1601001419348.html?spm=a2700.galleryofferlist.normal_offer.d_title.39ca3475UBG8Xk | WAWULUGALA ENGINEERS (PRIVATE) LIMITED |
| 28 | https://www.alibaba.com/product-detail/High-Quality-Pressure-Washer-Tip-Jrod_1600657332798.html?spm=a2700.galleryofferlist.normal_offer.d_title.39ca3475UBG8Xk | Zhuji Yujia Environmental Protection Technology Co., Ltd. |

| Online Marketplace Aliexpress.com | | |
|---|---|---|
| No. | Link | Seller |
| 29 | https://www.aliexpress.us/item/3256806504872436.html?spm=a2g0o.productlist.main.1.1d8e8N7m8N7mOU&algo_pvid=5f3b39cb-b025-47c3-9edc-519135d13e85&algo_exp_id=5f3b39cb-b025-47c3-9edc-519135d13e85-0&pdp_npi=4%40dis%21USD%2130.72%216.21%21%21%21222.43%2144.95%21%40213d7a8f1721032924136357 | Korea Trendy Apparel Store |

| | | |
|---|---|---|
| | 2e9518%2112000038022510140%21sea%21US%216056921660%21AB&curPageLogUid=HDbvD3o24laC&utparam-url=scene%3Asearch%7Cquery_from%3A | |
| 30 | https://www.aliexpress.us/item/3256805639676590.html?spm=a2g0o.productlist.main.5.1d8e8N7m8N7mOU&algo_pvid=5f3b39cb-b025-47c3-9edc-519135d13e85&algo_exp_id=5f3b39cb-b025-47c3-9edc-519135d13e85-2&pdp_npi=4%40dis%21USD%2114.20%2114.20%21%21%21102.80%21102.80%21%40213d7a8f17210329241363572e9518%2112000034488334509%21sea%21US%216056921660%21AB&curPageLogUid=LIEeHxjZciLg&utparam-url=scene%3Asearch%7Cquery_from%3A | FIBO Official Store |

| Online Marketplace TEMU.com | | |
|---|---|---|
| No. | Link | Seller |
| 31 | https://www.temu.com/stainless-steel-4-way-j-rod-pressure-washer-nozzle-kit-1-4-quick-connect-tip-durable-high-pressure-washer-accessory-for-car-garden-cleaning-includes-multiple-dispensing-nozzles-g-601099557645134.html?_oak_mp_inf=EM7W7qym1ogBGiA3MzEwMDFhZGUxMzg0NzNjYmNhODQ4ZGMyZjI1MTljNSCBxMasizI%3D&top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Fopen%2F2024-03-27%2F1711533035622-370afbeed1784a5896d3f75734ada46e-goods.jpeg&spec_gallery_id=2190468487&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=MTc5OQ&_oak_gallery_order=1154411770%2C2069187844%2C1429594962%2C187303337%2C490300957&search_key=jrod&refer_page_el_sn=200049&_x_sessn_id=uubk9zqflg&refer_page_name=search_result&refer_page_id=10009_1721033156520_lar8y3ifa5 | Toaboa |
| 32 | https://www.temu.com/4pcs-set-stainless-steel-pressure-washer-nozzle-set-1-4-inch-quick-connect-durable-j-rod-tip-set-4-spray-patterns-for-efficient-cleaning-car-garden-high-pressure-washing-accessories-g-601099564414611.html?_oak_mp_inf=EJPti7Cm1ogBGiA3MzEwMDFhZGUxMzg0NzNjYmNhODQ4ZGMyZjI1MTljNSCCxMasizI%3D&top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Ffancy%2F1ad7c10a-487e-423a-9c3f-15c19591aa20.jpg&spec_gallery_id=2224747774&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_free | JUSTEASY |

| | | |
|---|---|---|
| | sia_scene=2&_oak_rec_ext_1=MTQzOA&_oak_gallery_order=1189033123%2C660549525%2C642731913%2C1580460377%2C174177441&search_key=jrod&refer_page_el_sn=200049&_x_sessn_id=uubk9zqflg&refer_page_name=search_result&refer_page_id=10009_1721033156520_lar8y3ifa5 | |