# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Hainan Changyuan Technology Co. Ltd., et al.

Plaintiff,

v.                                                                 Case No.: 1:24–cv–08087
                                                                   Honorable Sunil R. Harjani

RIDGE WASHER, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 20, 2024:

MINUTE entry before the Honorable Sunil R. Harjani: Plaintiff did not file the status report due 11/13/2024. See Doc. 33. By 11/25/2024, Plaintiff shall file a status report identifying each defendant against whom this case is proceeding and state whether the parties anticipate a settlement or further litigation. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.