IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| Hainan Changyuan Technology Co., Ltd.<br>    Plaintiff, | Case No.: 1:24-cv-08087 |
| v. | **Judge Sunil R. Harjani** |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A",<br>    Defendants | **Magistrate Judge Sheila M. Finnegan** |

# STATUS REPORT

Pursuant to the Court's Order dated 10/8/2024 (DE 33), and subsequently the Court's further order, Plaintiff hereby attaches a spreadsheet identifying the parties where further litigation is anticipated, where settlement is anticipated, for whom default is now due, and parties to be dismissed without prejudice.

Unbeknown to the Court, Plaintiff did not file a motion for entry of default and default judgment by November 13, 2024 because Plaintiff was still awaiting information from one of the platforms, that being AliExpress. AliExpress did not comply with the TRO and provide information on the stores listed under AliExpress on the Schedule A. Rather than further delay these proceedings, Plaintiff has decided to release those defendants without prejudice, and likely pursue them in another filing (if they continue their infringing actions).

Following this Status Report, if the Court will allow, Plaintiff will file the motion for entry of default and default judgment within several days of this Status Report.

DATED: November 25, 2024   Respectfully Submitted:

Robert M. DeWitty
Attorney for Plaintiff
1500 K Street, 2nd Floor
Washington DC 20005
Tel: 202-571-7070
Email: rmdewitty@dewittyipcom
admin@dewittyip.com