| Defendant Number | Name | Settlement Status |
|---|---|---|
| 30 | TADYAO | Default Due |
| 29 | ZHIXING-US | Default Due |
| 27 | Southeast Softwash | Default Due |
| 24 | Altima-Store | Default Due |
| 22 | ktopnob | Default Due |
| 21 | MINGLE Tool | Default Due |
| 20 | Jariko | Default Due |
| 14 | ShadowY | Default Due |
| 13 | S T Sales Inc | Default Due |
| 28 | Slowirrigate | Settlement pending |
| 26 | best online-store | Settlement pending |
| 6 | Hoypeyfiy | Settlement pending |
| 25 | JZ Racing Performance | Settlement pending |
| 23 | Saiper | Settlement pending |
| 12 | RIDGE WASHER | Continued Litigation |
| 7 | JoeJet | Continued Litigation |
| 30 | FIBO Official Store | Dismissed without Prejudice |
| 29 | Korea Trendy Apparel Store | Dismissed without Prejudice |
| 28 | Zhuji Yujia Environmental Protection Technology Co., Ltd. | Dismissed without Prejudice |
| 27 | WAWULUGALA ENGINEERS (PRIVATE) LIMITED | Dismissed without Prejudice |
| 26 | Taizhou Juxing Technology Co., Ltd. | Dismissed without Prejudice |
| 25 | Shandong Yatemei Environmental Technology Co., Ltd. | Dismissed without Prejudice |
| 24 | Jinhua Fenjun Industry And Trade Co.,Ltd | Dismissed without Prejudice |
| 23 | Guizhou Blue Whale Machinery Equipment Co., Ltd. | Dismissed without Prejudice |
| 22 | Guangdong Boyuan Spraying Technology Co., Ltd. | Dismissed without Prejudice |
| 21 | Dongguan Fengyun Spray Technology Development Co., Ltd. | Dismissed without Prejudice |
| 20 | Dongguan CS Hardware Technology Co., LTD | Dismissed without Prejudice |