# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Hainan Changyuan Technology Co. Ltd., et al.

                              Plaintiff,

v.                                                     Case No.: 1:24–cv–08087

                                                                  Honorable Sunil R. Harjani

RIDGE WASHER, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 26, 2024:

      MINUTE entry before the Honorable Sunil R. Harjani: The Court has reviewed Plaintiff's Status Report [62] and spreadsheet [63]. Any motion for default and default judgment is due by 12/3/2024. Plaintiff shall also file the notices of voluntary dismissal as to the parties listed in the spreadsheet to be dismissed without prejudice by 12/3/2024. As to the parties where settlement is anticipated, a notice of voluntary dismissal or joint stipulation to dismiss is due by 12/10/2024. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.