**EXHIBIT 1**

| Defendant Number | Store Name | Platform | Store ID |
|---|---|---|---|
| 30 | TADYAO | | B09TR8ZRQY |
| 29 | ZHIXING-US | | B09VKFLSMV |
| 27 | Southeast Softwash | | B0BNGMJGXJ |
| 24 | Altima-Store | | B07T76LHH6 |
| 22 | ktopnob | | B09TX5VPNN |
| 21 | MINGLE Tool | | B09DPPZFXP |
| 20 | Jariko | | B09RV52WGP |
| 14 | ShadowY | | B0D2WV9V3D |
| 13 | S T Sales Inc | | B0C1Q6P91K |