## DECLARATION OF ROBERT DEWITTY

I, Robert M. DeWitty, of Washington D.C., declare as follows:

1. I am an attorney at law, admitted to practice before the Courts of the State of Maryland, the United States District Court for the Northern District of Illinois, and the United States Patent and Trademark Office. I am the attorney of record for Plaintiff Hainan Changyan Technology Co., Ltd.. I have personal knowledge of the following facts and I testify as follows:

2. My office investigated the infringing activities of the Defaulting Defendants listed on Exhibit 1 to the Motion for Default and Default Judgment, including attempting to identify the owner of each associated e-commerce store operating under the Seller Aliases and its contact information.

3. Defendants listed in this action and provided on Schedule A have been forwarded a link to pertinent to this action, by or around October 2, 2024.

4. No Defendant has filed an answer or otherwise pleaded in this action.

5. On information and belief, none of the Defendants are active-duty members of the U.S. Armed Forces.

6. Defendants' Internet Stores are still marketing and selling their respective Infringing Products.

DATED: December 3, 2024          Respectfully Submitted:

                                 _____
                                 Robert M. DeWitty