IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS

| Hainan Changyuan Technology Co., Ltd., Plaintiff, v. THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A", Defendants | C.A.: 1:24-cv-08087 Judge Sunil R. Harjani Magistrate Judge Sheila M. Finnegan |
|---|---|

**PLAINTIFF'S STATUS REPORT PER DEFENDANTS 28, 26, 6, 25, AND 23**

Plaintiff hereby verifies regarding the remaining defendants 28 (Slowirrigate), 26 (best online-store), 6 (Hoypeyfiy), 25 (JZ Racing Performance), and 23 (Saiper):

| Defendant | Status |
|---|---|
| 28 (Slowirrigate) | Voluntary Settlement discussions continuing |
| 26 (best online-store) | Voluntary Settlement discussions continuing |
| 6 (Hoypeyfiy) | Voluntary Settlement Agreed/Dismissal filed |
| 25 (JZ Racing Performance) | Voluntary Settlement Agreed/ Dismissal filed |
| 23 (Saiper) | Voluntary Settlement Agreed/Dismissal to be filed |

DATED: December 10, 2024

Respectfully Submitted:

_____
Robert M. DeWitty
Attorney for Plaintiff
DeWitty and Associates|R.M. DeWitty,
  U.S. Patent Attorney
1500 K Street, 2nd Floor
RM 249B
Washington DC 20005
Tel: 202-571-7070 / 202 888-4309
Email: admin@dewittyip.com